# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-55-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| MELINDA MARIE DESCHARM, | |
| Defendant. | |

## I.  Synopsis

Defendant Melinda Marie Descharm (Descharm) has been accused of violating the conditions of her supervised release.  Descharm admitted all of the alleged violations.  Descharm's supervised release should be revoked.  Descharm should be placed in custody for 18 months, with no supervised release to follow.  Descharm should serve her term of custody at the Federal Correctional Institution in Dublin, California.

## II.  Status

Descharm pleaded guilty to Theft from an Indian Gaming Establishment on September 10, 2014.  (Doc. 26).  The Court sentenced Descharm to a custodial sentence of time served, followed by 3 years of supervised release.  (Doc. 43).

Descharm's current term of supervised release began on June 13, 2020.  (Doc. 156 at 3).

**Petition**

The United States Probation Office filed a Petition on February 18, 2021, requesting that the Court revoke Descharm's supervised release.  (Doc. 156).  The Petition alleged that Descharm violated the conditions of her supervised release: 1) by committing another crime; and 2) by failing to make the required monthly restitution payments.

**Initial appearance**

Descharm appeared before the undersigned for her initial appearance on the Petition on March 24, 2021.  Descharm was represented by counsel.  Descharm stated that she had read the petition and that she understood the allegations. Descharm waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on March 24, 2021.  Descharm admitted that she had violated the conditions of his supervised release: 1) by committing another crime; and 2) by failing to make the required monthly restitution payments.  The violations are serious and warrant revocation of

Descharm's supervised release.

Descharm's violations are Grade A violations. Descharm's criminal history category is III. Descharm's underlying offense is a Class C felony. Descharm could be incarcerated for up to 24 months. Descharm could be ordered to remain on supervised release for up to 12 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 18 to 24 months.

## III.  Analysis

Descharm's supervised release should be revoked. Descharm should be incarcerated for 18 months, with no supervised release to follow.  This sentence is sufficient but not greater than necessary. Descharm should serve her term of custody at the Federal Correctional Institution in Dublin, California.

## IV.  Conclusion

The Court informed Descharm that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Descharm of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Descharm that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose. Descharm stated that she wished to waive her right to object to these Findings and

Recommendations, and that she wished to waive her right to allocute before Judge

Morris.

The Court **FINDS:**

> That Melinda Marie Descharm violated the conditions of her supervised
> release: by committing another crime; and by failing to make the required
> monthly restitution payments.

The Court **RECOMMENDS:**

> That the District Court revoke Descharm's supervised release and
> commit her to the custody of the United States Bureau of Prisons for
> 18 months, with no supervised release to follow.  Descharm should
> serve her term of custody at the Federal Correctional Institution in
> Dublin, California.

> **NOTICE OF RIGHT TO OBJECT TO FINDINGS AND
> RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO
> OBJECT**

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing.  28 U.S.C. § 636(b)(1).  A district court judge will make a de

novo determination regarding any portion of the Findings and Recommendations to

which objection is made.  The district court judge may accept, reject, or modify, in

whole or in part, the Findings and Recommendations.  Failure to timely file written

objections may bar a de novo determination by the district court judge, and may

waive the right to appear and allocute before a district court judge.

DATED this 25th day of March, 2021.

John Johnston
United States Magistrate Judge

5